UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN THE MATTER OF THE SEIZURE OF HAPPYGLOCKSWITCH[.]XYZ ("SUBJECT DOMAIN 1"), WHICH IS REGISTERED WITH NAMESILO, LLC IN THE UNITED STATES, A COMPANY LOCATED IN PHOENIX, ARIZONA, AND FOR WHICH THE REGISTRY FOR THE TOP-LEVEL DOMAIN IS XYZ.COM LLC, A COMPANY IN LAS VEGAS, NEVADA | ) ) ) ) ) ) ) ) ) ) | **FILED UNDER SEAL**<br><br>CASE NO. 25-MJ-8572-PGL |
| IN THE MATTER OF THE SEIZURE OF HAPPYGSWITCH[.]COM ("SUBJECT DOMAIN 2"), WHICH IS REGISTERED WITH NAME SRS AB IN SWEDEN AND FOR WHICH THE REGISTRY FOR THE TOP-LEVEL DOMAIN IS VERISIGN, A COMPANY IN RESTON, VIRGINIA | ) ) ) ) ) ) ) ) | CASE NO. 25-MJ-8573-PGL |
| IN THE MATTER OF THE SEIZURE OF ALL FUNDS, INCLUDING VIRTUAL CURRENCIES, IN ACCOUNT NUMBER 708011283983188724, STORED AT PREMISES CONTROLLED BY AUX CAYES FINTECH CO. LTD., D/B/A OKX | ) ) ) ) ) ) ) | CASE NO. 25-MJ-8574-PGL |
| IN THE MATTER OF THE SEIZURE OF ALL FUNDS, INCLUDING VIRTUAL CURRENCIES, IN ACCOUNT NUMBER 377030284698378317, STORED AT PREMISES CONTROLLED BY AUX CAYES FINTECH CO. LTD., D/B/A OKX | ) ) ) ) ) ) ) | CASE NO. 25-MJ-8575-PGL |

## MOTION TO PARTIALLY UNSEAL

The United States, by and through its attorney, Leah B. Foley, United States Attorney for the District of Massachusetts, hereby moves to unseal the above captioned matters, in part, and file redacted versions of the documents filed herewith: some of the seizure warrant applications, the supporting Affidavit of Homeland Security Investigations Special Agent Adam Rayho, and the certain seizure warrants. Certain financial account information is redacted in the attached versions.

The United States further requests that the unredacted versions of the seizure warrant applications, the supporting Affidavit of Homeland Security Investigations Special Agent Adam Rayho, and the seizure warrants remain under seal.

In support of this motion, the government states that the seizure warrants have been executed, and therefore, the public disclosure of these materials will not lead to efforts by the owners or possessors of the assets to transfer, place liens upon, deplete, or otherwise impair the forfeitability of the assets, or interfere with an ongoing criminal investigation.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney,

By: */s/ Annapurna Balakrishna*
ANNAPURNA BALAKRISHNA
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
annapurna.balakrishna@usdoj.gov

Dated: December 30, 2025

SO ORDERED:

_____
PAUL G. LEVENSON
United States Magistrate Judge

Dated: December 30, 2025